# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0222.  GARY HARRIS v. ROBBIE TUCKER.**

Gary Harris sued Robbie Tucker in magistrate court.  Following an adverse ruling, Harris appealed to superior court, which entered judgment in favor of Tucker.  Harris filed a motion for new trial, which the superior court denied.  Harris then filed this direct appeal.  We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Harris was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Harris's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/06/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*